**FULL NAME** Kipper Ken King

**COMMITTED NAME (if different)**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION**
U.S. Penitentary Victorville P.O. Box 3900
Adelanto, CA 92301-0710

**PRISON NUMBER (if applicable)** 32074-171

FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 8 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kipper Ken King

PLAINTIFF,

v.

Director of Federal B.O.P.

DEFENDANT(S).

**CASE NUMBER** 5:20-CV-00723-JVS-PVC

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? __unknown__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   I don't remember

a. Parties to this previous lawsuit:
   Plaintiff _I don't remember_

   Defendants _I don't remember_

b. Court _I don't remember_

c. Docket or case number _I don't know_
d. Name of judge to whom case was assigned _I don't know_
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _I don't know_
f. Issues raised: _I don't know_

g. Approximate date of filing lawsuit: _I don't know_
h. Approximate date of disposition _I don't know_

B. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No
   If your answer is no, explain why not _I sent a handwritten letter to the Central Office / I do not know the proper grievance procedure_

3. Is the grievance procedure completed? ☐ Yes  ☑ No
   If your answer is no, explain why not _I do not know how, since in the BOP Nobody has showed me or informed me._

4. Please attach copies of papers related to the grievance procedure.

C. **JURISDICTION**

This complaint alleges that the civil rights of plaintiff _Kipper Ken King_
                                                         (print plaintiff's name)
who presently resides at _U.S. Penitentiary Victorville, P.O. Box 3900, Adelanto, CA 92301_,
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_FCI Sheridan Oregon_
     (institution/city where violation occurred)

Name: Kiperkmat
Reg #: 32074-171
United States Penitentiary
P.O. Box 3900
Adelanto, CA 92301

U.S. Dist. Court
Central Dist. of CA
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 8 2020

SN BERNARDINO CA

FOREVER / FOREVER USA

on (date or dates) __11-18-2019__, _____, _____.
                         (Claim I)                         (Claim II)                    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __R. Ruman__ resides or works at
   (full name of first defendant)
   __Don't know address at F.C.I. Sheridan OR.__
   (full address of first defendant)
   __Employee__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __I requested P.C. from General Population, But officer R. Ruman__
   __Had put Inmate Dugger 54388-048 in the same SHU REC CAGE 4 as me.__

2. Defendant __Lt. Shortis__ resides or works at
   (full name of first defendant)
   __Don't know address at F.C.I Sheridan OR.__
   (full address of first defendant)
   __Lt.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __I told Lt. Shortis that the Odinist told me to get lost and__
   __they don't want anything to do with me, He failed to keep me safe.__

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   _____
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   _____
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

~~To be from Harm and personal injoery~~
To be free from ~~harm~~ harm and ~~jury~~ injury

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

I met with Inmates in the cho-hall at meal time, these other inmates are beleavers in Odin/Asatru, the same sect as myself. Once I told them that I was a sex offender. They told me that I need to leave emiteitly, I did so. Shotly later I refused to walk and went to the Lt. Office. I told the Lt "Shortis" What happened and I was placed in the SHU on PC.

I wanted to go to Rec while in the SHU and officer R Ruman Put me in a rec cage with inmate Dugger. The other inmate found out by another inmate that I refused the yard and am in PC. Dugger was in the SHU for disiplinary. He asked me a couple questions. But then he took his coat off and started swings his fist. I just defended myself the best I know how.

The DHO. took 27 days of good time from me, I lost my freedom for almost a month. He was an active Odinist also

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I want this lawsuit to be paid for, also I want my 27 days of good time given back and I want 8,000. (eight thousand dollars) given to me, please.

4-5-20
(Date)

*(Signature of Plaintiff)*